5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
|  ) | |
|  ) | Case No. |
|  ) | |
| v.  ) | APPLICATION FOR ADMISSION |
|  ) | PRO HAC VICE |
|  ) | |
|  ) | |
| _____ ) | Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, _____, hereby applies for admission pro hac vice to appear and participate in this case on behalf of _____.

The applicant hereby attests as follows:

1. Applicant resides in _____, and practices at the following address and phone number _____

_____

2. Applicant has been admitted to practice before the following courts on the following dates: <u>To be continued on next page</u>

| Courts: | Dates: |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. _____, a member in good standing of the bar of this court, of the firm of _____, practices at the following office address and phone number:

_____

_____

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this _____ day of _____, _____.

| _____ | _____ |
|---|---|
| Applicant | Designee |

Signed under penalty of perjury.

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| U.S. Court of Appeals, Tenth Circuit | November 2009 |
| U.S. Court of Appeals, Sixth Circuit | June 2012 |
| U.S. Supreme Court | June 2014 |
| U.S. Dist. Court for Northern Illinois | May 2019 |